PER CURIAM.
Affirmed. Compare Hansbrough v. State, 509 So.2d 1081 (Fla.1987); Allen v. State, 12 F.L.W. 1505 (Fla. 4th DCA June 17, 1987); Williams v. State, 500 So.2d 604 (Fla. 5th DCA 1986); Leopard v. State, 491 So.2d 1284 (Fla. 1st DCA 1986); Webster v. State, 461 So.2d 965 (Fla.2d DCA 1984); Mincey v. State, 460 So.2d 396 (Fla. 1st DCA 1984); Smith v. State, 454 So.2d 90 (Fla.2d DCA 1984); cf. State v. Holcomb, 481 So.2d 1263, 1264 (Fla.3d DCA 1986).